IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| JASMINE GEORGE,[1] | § No. 213, 2024 |
| | § |
| Respondent Below, | § Court Below–Family Court |
| Appellant, | § of the State of Delaware |
| | § |
| v. | § File No. CK23-01545 |
| | § Petition No. 23-07292 |
| LUCAS LINCOLN, | § |
| | § |
| Petitioner Below, | § |
| Appellee. | § |

Submitted: March 14, 2025
Decided: May 6, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

After considering the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's May 20, 2024 order granting the appellee's petition for custody and denying the appellant's motion to relocate to another state with the parties' minor son.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).